THE ELECTRIC RAILWAY COMPANY OF SAVANNAH *v.* THE SAVANNAH, FLORIDA AND WESTERN RAILWAY COMPANY.

87  261
123  464

INJUNCTION. PRACTICE. EVIDENCE.

BLECKLEY, C. J.—1. The controversy involving disputed facts as well as grave questions of law, there was no abuse of discretion in granting an injunction until a trial can be had upon the merits of the cause.

2. It is discretionary with the judge sitting at chambers upon an application for injunction to reopen the case for more testimony upon the discovery of additional witnesses by one of the parties after argument, and whilst holding up the matter for decision. *Warren* v. *Bunch*, 80 *Ga.* 124. Nothing to the contrary was decided in *Huff* v. *Markham*, 70 *Ga.* 284, or in *Boyce* v. *Burchard*, 21 *Ga.* 74.

May 27, 1891.                                        *Judgment affirmed.*

From Chatham county. Before Judge FALLIGANT. At chambers, April 11, 1891.

CHARLTON & MACKALL, for plaintiff in error.

ERWIN, DuBIGNON & CHISHOLM and S. T. KINGSBERY, contra.